UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAW, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NCAA, et al.,<br><br>Defendants. | Case No. 1:26-cv-06862-JLT-EPG<br><br>ORDER REQUIRING PLAINTIFF CARLOS SHAW TO SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY ONE FILING FEE FOR BOTH PLAINTIFFS WITHIN 21 DAYS<br><br>ORDER DIRECTING CLERK OF COURT TO SEND AN IN FORMA PAUPERIS APPLICATION |

Plaintiffs Makhi Shaw and Carlos Shaw are each proceeding pro se in an action filed on August 27, 2026. (ECF No. 1). Plaintiff Makhi Shaw filed an application to proceed *in forma pauperis* on August 27, 2026 (ECF No. 2) and was directed to file a long-form application to proceed *in forma pauperis* to provide the Court with additional information on August 31, 2026. (ECF No. 5). However, Plaintiff Carlos Shaw has yet to file an application to proceed *in forma pauperis.*

To proceed in this action, Plaintiffs must EITHER (1) pay one $405.00 filing fee, or (2) **both** Plaintiffs may submit applications to proceed *in forma pauperis*. 28 U.S.C. § 1915; *See Darden v. Indymac Bancorp, Inc.*, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed *in forma pauperis* unless ***all of them*** demonstrate inability to pay the filing fee")

(emphasis added); *see also Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed *in forma pauperis*, ***each plaintiff*** must qualify for IFP status") (emphasis added).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to send one *in forma pauperis* application to Plaintiff Carlos Shaw;
2. Within twenty-one (21) days of the date of service of this order, Plaintiffs shall either (1) pay one $405.00 filing fee for this action; or (2) Plaintiff Carlos Shaw shall submit the attached application to proceed *in forma pauperis*, completed and signed;
3. No requests for extensions will be granted without a showing of good cause; and
4. Failure to comply with this order may result in dismissal of Plaintiff Carlos Shaw from the lawsuit.

IT IS SO ORDERED.

Dated: **September 1, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE