**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAKHI SHAW and CARLOS SHAW,<br><br>Plaintiffs,<br><br>v.<br><br>NCAA, et al.,<br><br>Defendants. | Case No. 1:26-cv-06862 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS, AND DIRECTING PLAINTIFFS TO PAY THE FILING FEE WITHIN 30 DAYS<br><br>(Docs. 2, 7) |

Makhi Shaw and Carlos Shaw seek to hold the NCAA and South Atlantic Conference liable for unfairly restricting competition. (*See generally* Doc. 1.) Mahki Shaw moved to proceed *in forma pauperis.* (Doc. 2.) The magistrate judge found Makhi Shaw failed to provide information sufficient to conclude that he could not pay the required filing fee, and recommended the motion be denied. (Doc. 7 at 2-3.) In addition, the magistrate judge observed that Carlos Shaw did not move to proceed *in forma pauperis.* (*Id.* at 3-4.) Therefore, the magistrate judge recommended the motion to proceed *in forma pauperis* be denied and that Plaintiffs be ordered to pay the filing fee in full within 30 days. (*Id.* at 4.)

The Court served the Findings and Recommendations on Plaintiffs and notified them that any objections were due within 30 days. (Doc. 7 at 4.) The Court advised Plaintiffs that the "failure to file objections within the specified time may result in the waiver of the 'right to challenge the magistrate judge's factual findings' on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*,

772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiffs did not file objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated October 9, 2026 (Doc. 7) are **ADOPTED** in full.
2. Plaintiff Makhi Shaw's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. Plaintiffs **SHALL** pay the $405 filing fee within 30 days of the date of service of this order.

**Plaintiffs are advised that the failure to pay the filing fee will result in dismissal of the action.**

IT IS SO ORDERED.

Dated: November 15, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE